IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALBERT EDMOND                                                                                    PLAINTIFF

CIVIL ACTION NO. 5:04cv107-JCS

DOLAN  WALLER,  ET  AL.                                                                  DEFENDANTS

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order entered this date, the Court hereby dismisses this case with prejudice as to all Defendants. Accordingly, it is hereby

ORDERED AND ADJUDGED that judgment be and is entered in favor of the Defendants, and this entire action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the  16th  day of  October , 2006.

                                                                                    s/James C. Sumner
                                                 UNITED STATES MAGISTRATE JUDGE